# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00156-JAD-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 13) |
| ROBERT ARON IRWIN, | |
| Defendant. | |

Pending before the Court is Defendant's attorney's motion to withdraw as counsel. Docket No. 13. For good cause shown, the Court **GRANTS** the motion. The Court will appoint a CJA panel attorney to represent Defendant by separate order.

IT IS SO ORDERED.

DATED: July 16, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE