# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-00156-JAD-NJK |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ROBERT ARON IRWIN, | ) | |
| Defendant. | ) | |

On July 16, 2018, the Court granted the Federal Public Defender's Sealed Motion to Withdraw as Counsel. Docket no. 14.

Accordingly,

**IT IS HEREBY ORDERED** that **Osvaldo E. Fumo, Esq.,** is appointed as counsel for Robert Aron Irwin in place of the Federal Public Defender's Office for all future proceedings.

The Office of the Federal Public Defender shall forward the file to Mr. Fumo forthwith.

DATED this 19th day of July, 2018.

*Nunc Pro Tunc* Date: July 16, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE