OSVALDO E. FUMO, ESQ.
NEVADA BAR NO.: 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant : ROBERT ARON IRWIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-00156-JAD-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ARON IRWIN, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between OSVALDO E FUMO, ESQ. Counsel for Defendant ROBERT ARON IRWIN and SUSAN CUSHMAN, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for May 1, 2019 at 9:30 a.m., be vacated and reset or a date and time convenient to the court, but after June 15, 2019.

This Stipulation is entered into for the following reasons:

1. Defendant is detained in Pahurmp and defendant  has no objection to the request of continuance.

2. Counsel has spoken to AUSA Cushman and she does not oppose to the continuance.

-1-

3.   Counsel for defendant is currently service as a legislator for the State Assembly in active session until the first week of June.

4.   Denial of this request for continuance could result in a miscarriage justice.

5.   For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: April 29, 2019

_____/S/_____
OSVALDO E. FUMO, ESQ.
601 LAS VEGAS BOULEVARD, S
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
ROBERT ARON IRWIN

_____/S/_____
SUSAN CUSHMAN
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101
ATTORNEY FOR UNITED STATES OF
AMERICA

OSVALDO E. FUMO, ESQ.
NEVADA BAR NO.: 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant : ROBERT ARON IRWIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-00156-JAD-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ARON IRWIN, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defendant is detained in Pahurmp and defendant has no objection to the request of continuance

2. Counsel has spoken to AUSA Cushman and she does not oppose to the continuance.

3. Counsel for defendant is currently service as a legislator for the State Assembly in active session until the first week of June.

4. Denial of this request for continuance could result in a miscarriage justice.

5. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing until a date and time convenient to the court. This is the first request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for May 1, 2019, at 9:30 a.m., be continued to July 1, 2019, at the hour of 11:00 a.m.

DATED this 30th day of April, 2019.

_____
U.S. DISTRICT JUDGE