# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:18-cr-00156-JAD-NJK-1 |
| Plaintiff | **Order Granting Motion to Withdrawn and Appoint New Counsel** |
| v. | **[ECF No. 57]** |
| Robert Aron Irwin, | |
| Defendant | |

On February 26, 2020, the Federal Public Defender's Office filed a motion to withdraw as counsel and for appointment of new counsel pursuant to the Criminal Justice Act of 1964, Title 18 United States Code, Section 3006A. Docket No. 57.

Based on Ms. Cleary's representations, the Court GRANTS the motion. Docket No. 57. Ms. Cleary and the Federal Public Defender's Office is withdrawn as attorney for the defendant.

The Court ORDERS the immediate appointment of new counsel from the CJA panel to represent defendant. New counsel is directed to contact Ms. Cleary immediately upon appointment, so that she can arrange for the transfer of the defendant's file.

DATED: February 27, 2020.

                                                                                            _____
                                                                                            JENNIFER A. DORSEY
                                                                                            UNITED STATES DISTRICT JUDGE