# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>ROBERT ARON IRWIN,<br><br>Defendants. | CASE NO.:   2:18-cr-00156-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 87 |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Motion to Vacate Sentence (2255) shall be due on or before September 8, 2020.

DATED: 8/24/2020

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL – (702) 463.9074